UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ROBERT WEEKES, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

vs.

BIOGIX, INC.,

                      Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00287-RA

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Biogix, Inc.

DATED:  June 8, 2022                   **MIZRAHI KROUB LLP**

                                                        /s/ Edward Y. Kroub
                                                      EDWARD Y. KROUB

SO ORDERED.

                                             EDWARD Y. KROUB
                                             JARRETT S. CHARO
                                             WILLIAM J. DOWNES

Hon. Ronnie Abrams                  200 Vesey Street, 24th Floor
June 9, 2022                                New York, NY  10281
                                             Telephone:  212/595-6200
                                             212/595-9700 (fax)
                                             ekroub@mizrahikroub.com
                                             jcharo@mizrahikroub.com
                                             wdownes@mizrahikroub.com

*Attorneys for Plaintiff*